UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
WOMEN FOR AMERICA FIRST,                        :
                                    Plaintiff,  :
                                                :
                -against-                       :          20 Civ. 5746 (LGS)
                                                :
                                                :          ORDER
DE BLASIO, et al.,                              :
                                    Defendants. :
--------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, on August 25, 2020, Plaintiff filed a motion for preliminary injunction

pursuant to Rule 65 of the Federal Rules of Civil Procedure (Dkt. No. 13); it is hereby

     **ORDERED** that by **September 1, 2020**, the parties shall meet and confer and file a joint

letter proposing a schedule for briefing Plaintiff's motion for preliminary injunction.


Dated: August 27, 2020
     New York, New York

                              **LORNA G. SCHOFIELD**
                        **UNITED STATES DISTRICT JUDGE**