# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



*1142143*

Index no :1 20 CV 05746 LGS
Date of Purchase: 07/27/2020
Office No: 20200805173340

| Plaintiff: | WOMEN FOR AMERICA FIRST |
|---|---|
| Defendant: | BILL DE BLASIO, IN HIS OFFICIAL CAPACITY AS MAYOR OF NEW YORK CITY, ET AL |

STATE OF NEW YORK COUNTY OF NASSAU        ss.:
I (Nicole Golding) being duly sworn deposes and says I am over the age of 18 and reside in New York State.

On **08/11/2020** at **1:04 PM**, I served the within **SUMMONS, FIRST AMENDED COMPLAINT, COMPLAINT, ORDER, RULE 7.1, CIVIL COVER SHEET** on **MAYOR BILL DE BLASIO** at **CITY OF NY CORPORATION COUNSEL , 100 CHURCH STREET, NEW YORK, NY 10007** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **Lemar Reid, CLERK** a person of suitable age and discretion.Person spoken to stated that said premises is intended recipients place of business within the state.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| **Male** | **Brown** | **Black** | **30-35** | **5ft 9 - 6ft** | **161-180lbs** |
| Other Features: **Glasses** | | | | | |

On **08/12/2020** I deposited in the United States mail a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant(s)** at **CITY OF NY CORPORATION COUNSEL , 100 CHURCH STREET, NEW YORK, NY 10007**. That address being the actual place of business of the Defendant(s). Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or on active duty in the military service of the State of New York or a dependant or anybody in the military and was told defendant and/or present occupant was not.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
08/13/2020

Alyssa Erales
Notary Public, State of New York
No. 01ER6400556
Qualified in Queens County
My Commission Expires 11/18/23

X_____
Nicole Golding
License#: 2091902
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
SUITE 101
UNION, NJ 07083
908-687-0056 Clerk: Jazmin Patino

