UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

WOMEN FOR AMERICA FIRST,

                                      Plaintiff,      **NOTICE OF CROSS-**
         - against -                                  **MOTION TO DISMISS**

BILL DE BLASIO, *in his official capacity as*
*Mayor of New York City, New York, and* POLLY      20 Civ. 05746 (LGS)
TROTTENBERG, *Commissioner of the New*
*York City Department of Transportation*,

                                     Defendants.

------------------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that upon the annexed declaration of Diana M. Murray, dated September 14, 2020, and the exhibits thereto and the accompanying memorandum of law, and upon the First Amended Complaint filed by plaintiff Women For America First on July 28, 2020, defendants Bill De Blasio, in his official capacity as Mayor of New York City, New York, and Polly Trottenberg, Commissioner of the New York City Department of Transportation, will cross-move the Court before the Honorable Lorna G. Schofield at the United States Courthouse located at 40 Foley Square, New York, New York, for an order, pursuant to Rule 12(b) (6) of the Federal Rules of Civil Procedure, dismissing the First Amended Complaint for a failure to state a claim under the First Amendment, and for such other and further relief as the Court may deem just and proper.

- 2 -

Dated:    New York, New York
          September 14, 2020

                                          JAMES E. JOHNSON
                                          Corporation Counsel of the
                                            City of New York
                                          Attorney for the Municipal Defendants
                                          100 Church Street, Room 5-156
                                          New York, New York 10007
                                          (212) 356-2182
                                          By:

                                          Diana M. Murray (DM 5435 )
                                          Assistant Corporation Counsel

To:    (*via* ECF) Ronald D. Coleman, Esq.