UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
WOMEN FOR AMERICA FIRST,                                      :
                               Plaintiff,           :            20 Civ. 5746 (LGS)
                                                              :
              -against-                              :            <u>ORDER</u>
                                                              :
DE BLASIO, et al.,                                            :
                               Defendants.          :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on September 16, 2020, Defendants filed a pre-motion letter in anticipation of a renewed motion to dismiss (Dkt. No. 27);

      WHEREAS, on September 22, 2020, Plaintiff filed a responsive letter (Dkt. No. 32);

      WHEREAS, on September 22, 2020, Defendants, on behalf of the parties, filed a supplemental letter proposing a briefing schedule for the proposed motion to dismiss and requesting adjournment of the initial pre-trial conference, which pursuant to the Court's Order at Dkt. No. 17, is scheduled for October 15, 2020, (Dkt. No. 34); it is hereby

      **ORDERED** that, by **September 30, 2020**, Plaintiff shall file a new responsive letter, pursuant to this Court's Individual Rule III.A.1, addressing the legal and other grounds for the motion that Defendants provided in the September 16, 2020, pre-motion letter (Dkt. No. 27).  It is further

      **ORDERED** that, the parties' request to adjourn the initial pre-trial conference is **DENIED**. The initial pre-trial conference will occur on **October 15, 2020, at 10:40 a.m**.  The conference will be telephonic and will occur on the following conference line: (888) 363-4749, access code:  5583333. The parties shall file pre-conference materials pursuant to the Court's Individual Rules, seven days in advance of the conference, or by **October 8, 2020**.  Defendants' proposed motion will be discussed at the October 15, 2020, conference.

Dated: September 23, 2020
       New York, New York

                                                                LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE