UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
WOMEN FOR AMERICA FIRST,

                        Plaintiff,  :  20 Civ. 5746 (LGS)

          -against-  :  ORDER

DE BLASIO, et al.,

                      Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 8, 2020, the parties filed a joint letter and proposed Civil Case Management Plan and Scheduling Order pursuant to the Court's Individual Rules (Dkt. No. 37);

WHEREAS, in the parties' October 8, 2020, joint letter, Defendants indicated that they seek "a stay of discovery, including Initial Discovery pursuant to Rule 26(a)(1), pending the outcome of [their] proposed motion to dismiss, as discovery would be wasteful in the event that the motion . . . granted" (Dkt. No. 37, p. 2);

WHREAS, on October 13, 2020, the Court issued an Order directing Plaintiff to file any letter in opposition to Defendants' request for a stay pending resolution of the motion to dismiss (Dkt. No. 39);

WHEREAS, on October 19, 2020, Plaintiff, pursuant to the Court's October 13, 2020, Order, filed a letter indicating it "declines to mount an opposition to the request to stay," as a stay is "in the best interests of judicial economy and further streamlines [P]laintiff's ability to seek redress," (Dkt. No. 41); it is hereby

**ORDERED** that, this action is **STAYED** pending resolution of Defendants' motion to dismiss.

Dated: October 20, 2020
      New York, New York

                                                              LORNA G. SCHOFIELD
                                                         UNITED STATES DISTRICT JUDGE