# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

WOMEN FOR AMERICA FIRST,

                Plaintiff,

-against-    20 **CIVIL** 5746 (LGS)

## JUDGMENT

BILL DE BLASIO, in his official capacity as the Mayor of New York City, New York, and POLLY TROTTENBERG, Commissioner of the New York City Department of Transportation,

                Defendants.

------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 18, 2021, Plaintiff's motion for temporary injunctive relief is denied and Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York

    February 19, 2021

 

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**   *K. Mango*

**Deputy Clerk**